VAN–078 Notice of Requirement To Attend Ch. 13 Debtor Education Class – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Todd Allen Fulcher
  *( debtor has no known aliases )*
1011 Pollock Street
New Bern, NC 28562

CASE NO.: 10–00169–8–RDD

DATE FILED: January 9, 2010

CHAPTER: 13

## NOTICE OF REQUIREMENT TO ATTEND
## CHAPTER 13 DEBTOR EDUCATION CLASS

YOU ARE HEREBY INSTRUCTED to attend the Chapter 13 Debtor Education Class (held prior to your 11 U.S.C. § 341 Meeting of Creditors) as follows:

DATE:   Wednesday, February 10, 2010
TIME:   9:00 a.m.
PLACE:  USBA Creditors Meeting Room, 1760 B Parkwood Blvd., Wilson, NC 27893

This Chapter 13 Debtor Education Class is **mandatory** for **all** Chapter 13 debtors and a failure to attend may have an adverse effect on the administration of your case. Your Meeting of Creditors may not be held until you have attended this class.

DATED: January 11, 2010

Stephanie J. Edmondson
Clerk of Court