VAN–019 Deficiency Notice – Rev. 10/28/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Todd Allen Fulcher
( debtor has no known aliases )

1011 Pollock Street
New Bern, NC 28562

CASE NO.: 10–00169–8–RDD

DATE FILED: January 9, 2010

CHAPTER: 13

### DEFICIENCY NOTICE

The above referenced petition has been filed. In order for the case to be administered, it is necessary that the item(s) described below be filed by **January 25, 2010** .

- ☑ Schedule A
- ☑ Schedule B
- ☑ Schedule C
- ☑ Schedule D
- ☑ Schedule E
- ☑ Schedule F
- ☑ Schedule G
- ☑ Schedule H
- ☑ Schedule I
- ☑ Schedule J
- ☑ Statement of Affairs
- ☑ Statement of Current Monthly Income
- ☐ Exhibit B – signed by attorney
- ☐ Debtor(s) signature – pg. 3 of Official Form 1

Pursuant to §521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the 46th day after the date of the filing of the petition if the above listed deficiency is not corrected. Should the case be dismissed and the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

The Chapter 13 plan must be filed by **January 25, 2010** .

The Disclosure of Compensation must be filed by **January 25, 2010** .

The Summary of Schedules & Statistical Summary of Certain Liabilities and Related Data must be filed by **January 25, 2010** .

Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be verified or contain an unsworn declaration as provided in 28 U.S.C. 1746.

The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure, does not apply.

DATED: January 11, 2010

                                                Amy Bissette
                                                Deputy Clerk