UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:  TODD ALLEN FULCHER                                               No.: 10-00169-8-RDD
        Debtor(s)

ADDRESS:  410 LILLIPUT DRIVE
           NEW BERN NC 28562

Social Security No(s):  XXX-XX-4400
and all Employer's Tax Identification No(s).[if any]
    N/A                                         Chapter: 13

## TRUSTEE'S RESPONSE TO DEBTOR'S
## MOTION TO CONTINUE MEETING OF CREDITORS

**NOW COMES** the Trustee in the above referenced Chapter 13 case objecting to the debtor's February 8, 2010 Motion To Continue Meeting of Creditors and asks that this matter be set for hearing.

This  9th  day of February, 2010.

                                         /s/ Richard M. Stearns
                                         Richard M. Stearns, Trustee
                                         PO Box 2218
                                         Kinston, NC 28501
                                         Phone: (252) 523-2295

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:   TODD ALLEN FULCHER                              No.: 10-00169-8-RDD
         Debtor(s)

ADDRESS:   410 LILLIPUT DRIVE
           NEW BERN NC 28562

Social Security No(s):  XXX-XX-4400
and all Employer's Tax Identification No(s).[if any]
     N/A                        Chapter: 13

## CERTIFICATE OF SERVICE

I, Richard M. Stearns, of PO Box 2218, Kinston, NC 28501, do certify:

That I am and was at all times herein referred more that eighteen (18) years of age; and

That I have this day served a copy of the foregoing Trustee's Response to the debtor(s) Motion To Continue Meeting of Creditors upon the defendant in this action by depositing a copy of same in a postage paid envelope with the United States Postal Service addressed as follows or by electronic notification as indicated below:

I certified that I served the following electronically:

Jessie Corwin
Attorney at Law
209 N 35th Street
Morehead City NC 28557

I certify the above to be true and correct.

This  9th  day of February, 2009.

/s/ Richard M. Stearns
Richard M. Stearns, Trustee
Post Office Box 2218
Kinston, NC 28501
Phone: (252) 523-2295