**VAN–113** Hearing Conference Worksheet – Rev. 10/28/2009

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
Todd Allen Fulcher
1011 Pollock Street
New Bern, NC 28562

**New Bern Division**

CASE NO.: 10–00169–8–RDD

DATE FILED: January 9, 2010

CHAPTER: 13

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

First Motion To Continue Meeting Of Creditors filed by Jessie Corwin on behalf of Todd Allen Fulcher

Response (related document(s): [23] Motion To Continue Meeting Of Creditors filed by Todd Allen Fulcher) filed by Richard M Stearns, Trustee
Docket Number(s): 23, 24

Jessie Corwin
J. Corwin Law Firm, PLLC
209 North 35th Street
Professional Court, Suite B1
Morehead City, NC 28557
252 648–0951

Richard M Stearns
PO Box 2218
KINSTON, NC 28502
252 523–2295

** Schedule with other matters on 2/17 **

DATED: February 9, 2010

Dana Sebastian