VAN–057 Notice to Creditors and Other Parties In Interest – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Todd Allen Fulcher
 *( debtor has no known aliases )*

1011 Pollock Street
New Bern, NC 28562

CASE NO.: 10–00169–8–RDD

DATE FILED: January 9, 2010

CHAPTER: 13

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:     Wednesday, February 17, 2010
TIME:     01:30 PM
PLACE:    215 South Evans Street, Greenville, NC 27858–1133

to consider and act on the following matters:

 First Motion To Continue Meeting Of Creditors filed by Jessie Corwin on behalf of Todd Allen Fulcher

and to transact all other business as may properly come before the court.

DATED: February 9, 2010

Stephanie J. Edmondson
Clerk of Court