# Certificate of Service

District/Off: 0417-8   User: sebastian   Date printed: 2/9/2010  
Case: 10-00169-8-RDD   Form ID: van057   Total: 1

db  Todd Allen Fulcher  1011 Pollock Street  New Bern, NC 28562