UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN THE MATTER OF:                                                    CASE NO.:

TODD ALLEN FULCHER                                                   10-00169-8-RDD
DEBTOR                                                               CHAPTER 7

NOTICE OF PROPOSED ABANDONMENT OR DISPOSITION OF PROPERTY

In accordance with Rule 6007 of the Bankruptcy Rules, notice is hereby given of the proposed abandonment or other disposition of the following described property:

410 Lilliput Dr. New Bern, NC 28562
Parcel ID: 7-103-206

An objection to the proposed abandonment may be filed with the Clerk, United States Bankruptcy Court, 1760-A Parkwood Blvd., Wilson, North Carolina 27893-3564, with a copy served on the Trustee whose name appears at the bottom of this notice, NOT LATER THAN June 1, 2010 No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a hearing is requested by the party filing such request. Any party requesting the hearing shall appear at said hearing in support of such request or he may be assessed with the costs.

Dated: May 14, 2010

/S/ Walter L. Hinson
Walter L. Hinson
State Bar No: 5664
HINSON & RHYNE, P.A.
P.O. Box 7479
Wilson, NC 27895-7479
Telephone: (252) 291-1746
Telecopier: (252) 291-2521
E-mail: walterhinson@hinsonrhyne.com

## CERTIFICATE OF MAILING

I, Heather O'Briant, of P. O. Box 7479, Wilson, North Carolina, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That on May 14, 2010, I mailed a copy of the foregoing NOTICE OF PROPOSED ABANDONMENT OR DISPOSITION OF PROPERTY, by depositing copies thereof in the United States mail, first class mail, postage prepaid, in an envelope addressed as shown below.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2010

                                            /s/Heather O'Briant  
                                            Heather O'Briant  
                                            P. O. Box 7479  
                                            Wilson, NC  27895-7479  
                                            Telephone (252) 291-1746  
                                            Telecopier (252) 291-2521

RECIPIENTS:

Attached Matrix

Bankruptcy Administrator  
P. O. Box 3758  
Wilson, NC  27894-3758

Branch Banking and Trust Company
Poyner & Spruill LLP
P.O. Box 353
Rocky Mount, NC 27802-0353

Cox Group of Greenville, Inc.
C/o Brian Becker
625 Lynndale Court, Ste. F
Greenville, NC 27858-5463

Recovery Management Systems Corporation
Attn: Ramesh Singh
25 SE 2nd Avenue, Ste. 1120
Miami, FL 33131-1605

Sound Banking Company
c/o J. Michael Fields
P.O. Box 8088
Greenville, NC 27835-7871

U.S. Bankruptcy Court
1760 A Parkwood Blvd.
Wilson, NC 27893-3588

American Express Bank FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Amex
P.O. Box 297871
Fort Lauderdale, FL 33329-7871

Asoc Cd Bk
1305 Main St.
Stevens Point, WI 54481-2898

BB&T
P.O. Box 1847
Wilson, NC 27894-1847

Bank of America
4161 Piedmont Pkwy
Greensboro, NC 27410-8119

Capital One
P.O. Box 85520
Richmond, VA 23285-5520

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Cbe Group
131 Tower Park Dr.
P.O. Box 900
Waterlool, TN 37219-1212

Er Solutions
800 SW 39th St. Renton,
WA 98057-4975

Escallate LLC
5200 Stoneham Rd.
North Canton, OH 44720-1584

FAC/NAB
480 James Robertson Pkwy
Nashville, TN 37219-1212

Gemb/ American Eagle DC
P.O. Box 981400
El Paso, TX 79998-1400

J. Michael Fields
Ward and Smith, P.A.
P.O. Box 8088
Greenville, NC 27835-8088

LFG
233 N Michigan Ave., Ste. 1800
Chicago, IL 60601-5802

New Bern Building and Supply
1732 Racetract Rd.
New Bern, NC 28562-4124

Recovery Management Systems Corporation
25 SE 2nd Avenue, Ste 1120
Miami, FL 33131-1605

SEECO Eastern
204 East Main St.
Everstts, NC 27825

SCA
Raleigh, NC 27609

Sound Banking Company
c/o J. Michael Field, Ward and Smith, P.A.
P.O. Box 8088
Greenville, NC 27835-8088

The Glidden Company dba ICI Paints
16651 Sprague Rd.
Strongsville, OH 44136-1757

Jessie Corwin
J. Corwin Law Firm, PLLC
209 N 35th St, Professional Court, Ste. B1
Morehead City, NC 28557-3183

John C. Bircher III
White & Allen PA
1319 Commerce Dr, P.O. Drawer U
New Bern, NC 28563-8520

Todd Allen Fulcher
1011 Pollock Street
New Bern, NC 28562

Updated: May 14, 2010